IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO. 3:08mj084

SEALED DOCUMENT : ORDER SEALING CRIMINAL
COMPLAINT, SUPPORTING
AFFIDAVIT AND WARRANT

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Supporting Affidavit to Criminal Complaint and Warrant filed in this case, be sealed and kept from public inspection until further Order of this Court.

MICHAEL R. MERZ
UNITED STATES CHIEF MAGISTRATE JUDGE

GREGORY G. LOCKHART
United States Attorney

s/Dwight K. Keller
DWIGHT K. KELLER (0074533)
Assistant United States Attorney
Attorney for Plaintiff
602 Federal Building
200 West Second Street
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Dwight.Keller @usdoj.gov