IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.3:08MJ084 |
| SEALED DOCUMENT | : | |

ORDER TO UNSEAL CRIMINAL COMPLAINT, SUPPORTING
AFFIDAVIT AND ARREST WARRANT

Upon application of the government and upon the arrest of defendant, it is hereby ordered that the Criminal Complaint, Supporting Affidavit and Arrest Warrant filed herein on May 14, 2008 be unsealed.

DATE: May 30, 2008

MICHAEL R. MERZ
UNITED STATES CHIEF MAGISTRATE JUDGE