# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:08-CR-071 |
| -vs- | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| METIN ATILAN, | : | |
| Defendant. | : | |

## ORDER APPOINTING COUNSEL

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon review of Defendant's Financial Affidavit, the Court finds that he is qualified for appointed counsel.

IT IS ACCORDINGLY ORDERED that David E. Larson, of the Law Firm of Altick and Corwin, is appointed as counsel to represent the Defendant in this case.

March 19, 2013                                          s/Sharon L. Ovington
                                                                                  Sharon L. Ovington
                                                                    United States Magistrate Judge