# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,  :

        Plaintiff,  :  Case No. 3:08-cr-071

- vs -

        :  District Judge Thomas M. Rose

METIN ATILAN

        :

        Defendant.

        :

---

**ORDER**

---

It is hereby ORDERED that Nicholas Gounaris, Attorney at Law, be allowed to meet with the above mentioned Defendant at the Shelby County Jail.

IT IS SO ORDERED.

August 6, 2014

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE